Mark L. Venardi (SBN 173140)
mvenardi@vefirm.com
Martin Zurada (SBN 218235)
mzurada@vefirm.com
Mark Freeman (SBN 293721)
mfreeman@vefirm.com

VENARDI ZURADA LLP
25 Orinda Way, Suite 250
Orinda, CA 94563
Telephone: (925) 937-3900
Facsimile: (925) 937-3905

Attorneys for Plaintiff
ANNA EFIMENKO

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNA EFIMENKO, an individual and as successor in interest to NIKITA TOULINOV, deceased,<br><br>Plaintiff,<br><br>v.<br><br>THE CATALINA MARKETING CORPORATION GROUP LIFE PLAN; CATALINA MARKETING CORPORATION, a Delaware Corporation; LINCOLN NATIONAL CORPORATION, an Indiana Corporation; LINCOLN LIFE ASSURANCE COMPANY OF BOSTON, a New Hampshire Corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | 4:21-cv-01550-HSG<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE OPPOSITION AND REPLY REGARDING CATALINA'S MOTION TO DISMISS COUNTS II AND III OF THE COMPLAINT** |

**STIPULATION AND ORDER TO EXTEND THE DEADLINE TO FILE OPPOSITION AND REPLY RE CATALINA'S MOTION TO DISMISS COUNTS II AND III**

**VENARDI ZURADA LLP**
25 Orinda Way, Suite 250
Orinda, CA 94563
Tel: (925) 937-3900
Fax: (925) 937-3905

All of the parties in this case, Plaintiff Anna Efimenko as well as Defendants The Catalina Marketing Corporation Group Life Plan, Catalina Marketing Corporation, Lincoln National Corporation, and Lincoln Life Assurance Company of Boston, through undersigned counsel, stipulate and respectfully request that the Court enter an order pursuant to their stipulation as follows:

Plaintiff filed the Complaint in this action on March 4, 2021. On April 30, 2021, Defendants Catalina Marketing Corporation Group Life Plan and Catalina Marketing Corporation (collectively "Catalina") filed a Motion to Dismiss Counts II and III of the Complaint. The deadline for Plaintiff to Oppose is May 14, 2021. The deadline to Reply is May 21, 2021. The hearing date is July 29, 2021.

Plaintiff's counsel has a trial currently set for May 17, 2021 which is creating a conflict in trial work and conflicts with the deadline for the Opposition to Catalina's motion currently set for May 14, 2021.

All parties stipulate and request this Court's permission to change the briefing schedule to June 4, 2021 for the Opposition, and June 25, 2021 for the Reply, regarding Catalina's motion.

Dated: May 13, 2021

                                                                             */s/ Martin Zurada*
                                                                             Martin Zurada,
                                                                             Attorney for Plaintiff Anna Efimenko

Dated: May 13, 2021

                                                                             */s/ Brian Hembd*
                                                                             Brian J. Hembd
                                                                             Attorney for Defendants Catalina Marketing
                                                                             Corporation Group Life Plan and Catalina
                                                                             Marketing Corporation

Dated: May 13, 2021

                                                                             /s/ Jenny H. Wang
                                                                             Jenny H. Wang
                                                                             Attorney for Defendants Lincoln National
                                                                             Corporation and Lincoln Life Assurance
                                                                             Company of Boston

                                                                             (Authorized via telephone)

**STIPULATION AND ORDER TO EXTEND THE DEADLINE TO FILE OPPOSITION AND REPLY RE CATALINA'S MOTION TO DISMISS COUNTS II AND III**

**VENARDI ZURADA LLP**
25 Orinda Way, Suite 250
Orinda, CA 94563
Tel: (925) 937-3900
Fax: (925) 937-3905

# **ORDER**

Pursuant to the parties' stipulation, the Court makes the following order:

The deadline to file an Opposition to Defendants Catalina Marketing Corporation Group Life Plan and Catalina Marketing Corporation Motion to Dismiss Counts II and II of the Complaint, currently due on May 14, 2021 IS CONTINUED to June 4, 2021. The deadline to file a Reply currently set for May 21, 2021 IS CONTINUED to June 25, 2021.

**IT IS SO ORDERED.**

Dated: 5/14/2021

*Haywood S. Gilliam Jr.*
Hon. Haywood S. Gilliam Jr.
*Judge of the United States District Court*
*Northern District of California*

---

**STIPULATION AND ORDER TO EXTEND THE DEADLINE TO FILE OPPOSITION AND REPLY RE CATALINA'S MOTION TO DISMISS COUNTS II AND III**