Jenny H. Wang CA Bar No. 191643
jenny.wang@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Park Tower, Fifteenth Floor
695 Town Center Drive
Costa Mesa, CA  92626
Telephone:    714-800-7900
Facsimile:    714-754-1298

Ann-Martha Andrews, AZ Bar No. 012616
Admitted pro hac vice
ann.andrews@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
2415 E. Camelback Road, Suite 800
Phoenix, AZ 85016
Telephone:    602-778-3700
Facsimile:    602-778-3750

Attorneys for Defendants Lincoln Life Assurance Company of Boston and Lincoln National Corporation

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANNA EFIMENKO, an individual and as successor in interest to NIKITA TOULINOV, deceased<br><br>         Plaintiff,<br><br>     v.<br><br>THE CATALINA MARKETING CORPORATION GROUP LIFE PLAN; CATALINA MARKETING CORPORATION, a Delaware Corporation; LINCOLN NATIONAL CORPORATION, an Indiana Corporation; LINCOLN LIFE ASSURANCE COMPANY OF BOSTON, a New Hampshire Corporation; and DOES 1-20, inclusive<br><br>         Defendant. | Case No. 4:21-cv-01550-HSG<br><br>**DEFENDANTS LINCOLN NATIONAL CORPORATION AND LINCOLN LIFE ASSURANCE COMPANY OF BOSTON'S MOTION TO APPEAR BY TELEPHONE FOR INITIAL CASE MANAGEMENT CONFERENCE AND ORDER**<br><br>Complaint Filed:  March 4, 2021<br>Trial Date:  None<br>District Court Judge: Hon. Haywood S. Gilliam, Jr.<br>Date:  July 29, 2020<br>Time:  2:00 p.m.<br>Dept.: Courtroom 2, 4th Floor |

**TO THE COURT, PARTIES, AND ALL ATTORNEYS OF RECORD:**

Ann-Martha Andrews and Jenny H. Wang, Counsel for Defendants Lincoln Life Assurance Company of Boston and Lincoln National Corporation, hereby respectfully move the court for leave to appear before the Honorable Haywood S. Gilliam via telephone for the Initial Case Management Conference scheduled for July 29, 2021, at 2:00 p.m. at 1301 Clay Street, Oakland, California, in Courtroom 2, 4th floor.

DATED:  July 20, 2021                              OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: /s/ Ann-Martha Andrews
Ann-Martha Andrews
Admitted pro hac vice

Jenny H. Wang
Attorneys for Defendants Lincoln Life Assurance Company of Boston and Lincoln National Corporation

## **ORDER**

Defendants' request to appear telephonically for the Initial Case Management Conference is granted.  Counsel shall use the following dial-in information to access the call:
Dial-In:  888-808-6929/Passcode:  6064255.

DATED:  7/21/2021

_Haywood S. Gilliam Jr._
Honorable Haywood S. Gilliam, Jr.
United States District Court Judge

47861349.1