# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNA EFIMENKO, an individual and as successor in interest to NIKITA TOULINOV, deceased<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>THE CATALINA MARKETING CORPORATION GROUP LIFE PLAN; CATALINA MARKETING CORPORATION, a Delaware Corporation; LINCOLN NATIONAL CORPORATION, an Indiana Corporation; LINCOLN LIFE ASSURANCE COMPANY OF BOSTON, a New Hampshire Corporation; and DOES 1-20, inclusive<br><br>　　　　　Defendant. | Case No. 4:21-cv-01550-HSG<br><br>**ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Complaint Filed: March 4, 2021<br>Trial Date: None<br>District Court Judge: Hon. Haywood S. Gilliam, Jr. |

Pursuant to the stipulation of the parties and for good cause shown, this case is hereby dismissed in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own attorneys' fees and costs.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: 10/26/2022

_____
The Honorable Haywood S. Gilliam, Jr.
United States District Judge